MARY H. SHERMAN, Respondent, v. WESTCHESTER STREET TRANSPORTATION COMPANY, INC., and SIMMONS COMPANY, Appellants.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

PEARL ANN SLAGLE, Respondent, v. T. GALVIN SLAGLE, Appellant.— Resettled order adjudging defendant in contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell and Davis, JJ., concur; Scudder, J., not voting.

GRACE L. SMITH, Respondent, v. BROOKLYN CITY RAILROAD COMPANY, Appellant.— Order of Appellate Term affirming judgment and order of the City Court of the City of New York, County of Kings, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

UNIFORD CONSTRUCTION CO., INC., Respondent, v. MISLIT REALTY CORPORATION and Another, Defendants, and GEVA REALTY CORPORATION, Appellant.— Order denying motion of defendant Geva Realty Corporation to open its default affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell and Davis, JJ., concur; Scudder, J., not voting.

ALLAN D. WIGHTMAN, Respondent, v. FRANK GANTERT, Appellant.— Order of February 28, 1931, affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order herein, upon payment of such costs. The order of March 12, 1931, is remitted to Mr. Justice Bleakley at Special Term to resettle or vacate. The action in the County Court may be consolidated with this action under section 97 of the Civil Practice Act. Lazansky, P. J., Young, Carswell and Davis, JJ., concur; Scudder, J., not voting.

GEORGE BREMER and Others, Respondents, v. EUGENE FOX, Appellant.— Application denied, with ten dollars costs.

EAST NEW YORK MASONS SUPPLY CO., INC., Appellant, v. MEYER KRUGLOS and Another, Respondents.— Application denied.

MICHAEL GORE, Respondent, v. AXINN & SONS LUMBER CO., INC., Appellant.— Application denied, with ten dollars costs.

EDWARD V. KILLEEN, Appellant, v. UNITED STATES LINES OPERATIONS, INC., Respondent.— Application granted.